IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05 CV 01898 MSK-MJW

GOLESH, INC., a Colorado coproration; JOHN R. GOLESH,
SUSAN GOLESH, RICHARD GOLESH and EILEEN GOLESH,

        Plaintiffs,

vs.

IPA ADVISORY & INTERMEDIARY SERVICES, LLC, an Illinois
limited liability company, and JAMES ROBERT NANCE,

        Defendants.

---

**ORDER TO AMEND SCHEDULING ORDER**
*(Docket No 31)*

    THIS MATTER having come before this Court upon Defendant, IPA A&I's Motion to Amend Scheduling Order, and the Court being fully advised in the premises,

    **HEREBY ORDERS** that the deadlines set forth in the Scheduling Order entered on February 23, 2006 are each extended sixty days. (*)

    DONE and SIGNED this 20TH day of April, 2006

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S MAGISTRATE JUDG

(*) The parties sha[ll] file with the Court an amended Rule 16 Scheduling Order with the updated deadlines consistent with this Order by April 28 2006, nunc pro tunc to Apr 20 2006

MJW
4-20-06