# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  05-cv-01898-MSK-MJW                FTR

**Date:**  October 5, 2006                                Shelley Moore, Deputy Clerk

GOLESH, INC., et al.,                                     Richard S. Strauss

                Plaintiff(s),

v.

IPA INVESTMENT AND ADVISORY SERVICES,                     Richard A. Winkel
LLC, et al.,

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session 9:30 a.m.**

Court calls case. Appearances of counsel. Pro se Defendant James Robert Nance does not appear.

Mr. Strauss updates the court on the status of discovery.

Mr. Strauss and Mr. Winkel comment on the possible location of Pro se Defendant James Robert Nance. Neither of them knows where he is incarcerated.

**ORDERED:** The Stipulated Motion to Amend Scheduling Order (document 60) is GRANTED as follows. The deadline to join of parties or amend pleadings is December 1, 2006. Discovery cutoff is April 2, 2007. Dispositive motion deadline is April 16, 2007. Designation of experts deadline is February 1, 2007. Designation of rebuttal experts deadline is March 1, 2007. Interrogatories and requests of production of documents shall be served by February 15, 2007.

**Court in recess 9:44 a.m.**
Total In-Court Time 0:14, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.