IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01898-MSK-MJW

GOLESH, INC., et al.

      Plaintiff(s),

v.

IPA ADVISORY & INTERMEDIARY SERVICES, LLC, and JAMES ROBERT NANCE,

      Defendant(s).

---

## ORDER TO FURTHER AMENDED SCHEDULING ORDER

---

      THIS MATTER COMING ON TO BE HEARD upon the Stipulated Motion to Further Amend Scheduling Order, the Court, being fully advised in the premises, DOTH ORDER that said Motion should be and hereby is GRANTED, and the Amended Scheduling Order is amended as follows:

      a. Deadline for joinder of parties and amendment of pleadings: <u>December 1, 2006</u>.

      b. Discovery Cut-off: <u>April 2, 2007</u>.

      c. Dispositive Motion Deadline: <u>April 16, 2007</u>.

      d. Expert Witness Disclosure

      (1) Designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2): <u>February 1, 2007</u>.

      (4) Designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2): <u>March 1, 2007</u>.

      e. Interrogatory Schedule: Submission on or before June 1, 2006. Submission of follow-up set, if any, on or before <u>February 15, 2007</u>.

    f. Schedule for Request for Production of Documents: Submission on or before June 1, 2006. Submission of follow-up set, if any, on or before February 15, 2007.

    DONE AND SIGNED in Open Court this 5TH day of October, 2006.

            BY THE COURT:

            _____
            ~~U.S. District Court Magistrate Judge~~

            **MICHAEL J. WATANABE**
            **U.S. MAGISTRATE JUDGE**
            **DISTRICT OF COLORADO**