IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01898-MSK-MJW

GOLESH, INC., ET AL.,

Plaintiff(s),

v.

IPA INVESTMENT AND ADVISORY SERVICES, LLC, ET AL.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Motion to Amend Amended Complaint (docket no. 68) is GRANTED pursuant to Fed. R. Civ. P. 15(a) and Viernow v. Euripides Developments Corp., 157 F.3rd 785, 799 (10th Cir. 1998). The Clerk of Court shall accept the tendered Amended Complaint and refile the document into the Court's docket with a new document number.

Date: November 20, 2006