IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01898-MSK-MJW

GOLESH, INC., et al.

    Plaintiff(s),

v.

IPA ADVISORY & INTERMEDIARY SERVICES, LLC, and JAMES ROBERT NANCE,

    Defendant(s).
_____

**ORDER TO FURTHER AMENDED SCHEDULING ORDER** (DN 84)
_____

THIS MATTER COMING ON TO BE HEARD upon the Stipulated Motion to Further Amend Scheduling Order, the Court, being fully advised in the premises, DOTH ORDER that said Motion should be and hereby is GRANTED, and Paragraph 7(d) of the Amended Scheduling Order is further amended as follows:

    d.   Expert Witness Disclosure

    (1) Designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2): March 1, 2007.

    (4) Designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2): April 1, 2007.

DONE AND SIGNED in Open Court this 2nd Day of February, 2007

                          BY THE COURT:

                          s/MICHAEL J. WATANABE
                          U.S. District Court Magistrate Judge