IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01898-MSK-MJW

GOLESH, INC., et al.

    Plaintiff(s),

  v.

IPA ADVISORY & INTERMEDIARY SERVICES, LLC, and JAMES ROBERT NANCE,

    Defendant(s).

_____

**MINUTE ORDER
(DN 101)**
_____

It is hereby ORDERED that Defendant IPA's [sic] Motion to Substitute Redacted Exhibits to Docket No. 100, (DN 101, filed with the Court on April 17, 2007), is GRANTED IN PART AND DENIED IN PART.

It is GRANTED in that the Clerk is Ordered to Seal Exhibits KCH AFF E & F submitted in support of the Motion for Partial Summary Judgment (DN 100).

It is DENIED in that the Court will not substitute the copies, but accepts the redacted copies of KCH AFF Exhibits E & F to the Motion for Partial Summary Judgment (DN 100).

Date:  April 18, 2007