# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01898-MSK-MJW

GOLESH, INC., a Colorado corporation,
JOHN A. GOLESH,
SUSAN GOLESH,
RICHARD GOLESH, and
EILEEN GOLESH,

        Plaintiffs,

v.

IPA INVESTMENT AND ADVISORY SERVICES, LLC,
  an Illinois Limited Liability Company, and
JAMES ROBERT NANCE,

        Defendants

## ORDER RE: STIPULATION OF PARTIAL SETTLEMENT & SCHEDULED HEARINGS AND DEADLINES

      This matter comes before the Court on a Joint Notice of Stipulation of Partial Settlement and Motion by Plaintiffs and Defendant IPA Advisory & Intermediary Services, LLC ("IPA-AIS") **(#107)**.  In it, the Plaintiffs and Defendant IPA represent that they have settled and resolved all claims, but that the compromise requires approval in the Chapter 11 Bankruptcy case of the Plaintiff Golesh, Inc.  It also appears that Plaintiffs and Defendant IPA intend to seek dismissal of claims against Defendant Nance, without prejudice.  Pending the approval of the compromise by the Bankruptcy Court and the filing of appropriate motions, the Plaintiffs and Defendant IPA request that they be excused from filing a Final Pretrial Order and that the Final Pretrial Conference and Trial be vacated.  No date for the anticipated consideration of the

compromise by the Bankruptcy Court is provided. Having considered the circumstances, the Court

**ORDERS that:**

1. The request to excuse the filing of as proposed Final Pretrial Order is **GRANTED**. The date for filing a Final Pretrial Order is vacated and will be reset at the time of the Final Pretrial Conference. Rather than addressing trial issues, at such conference, the parties will advise the Court of the status of approval of the compromise by the Bankruptcy Court and their desired means of resolving this action[1], and the timing for completion of the process.

2. The request to vacate the Final Pretrial Conference and Trial is **DENIED.**

3. The parties shall promptly serve this Order on Defendant Nance by mail and advise the Clerk's Office of his current mailing address. The Clerk shall enter such address on its records as a second or duplicative address for service.

Dated this 2nd day of May, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge

---

[1] The parties may want to consider *Strategic Options in Concluding a Civil Case*, The Colorado Lawyer, May 2007.