IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01898-MSK-MJW

GOLESH, INC., a Colorado corporation,
JOHN A. GOLESH,
SUSAN GOLESH,
RICHARD GOLESH, and
EILEEN GOLESH,

        Plaintiffs,

v.

IPA INVESTMENT AND ADVISORY SERVICES, LLC,
  an Illinois Limited Liability Company,

        Defendant / Cross-Plaintiff

JAMES ROBERT NANCE,

        Defendant / Cross-Defendant
_____

## ORDER GRANTING MOTIONS TO DISMISS AND AMENDING CAPTION
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' and Defendant IPA Investment and Advisory Services, LLC's ("IPA") Stipulated Motion to Dismiss With Prejudice **(# 128)** and the Plaintiffs' Motion to Dismiss Defendant Nance Without Prejudice **(# 129)**.

The Court's review of the docket in this case indicates that the Plaintiffs have made claims **(# 76)** against both IPA and Defendant Nance, and that IPA has made cross-claims against Defendant Nance **(# 78)**. The Stipulated Motion resolves all of the claims by the Plaintiffs against IPA, and the Plaintiffs' Motion to Dismiss resolves all of the Plaintiffs' claims against Defendant Nance.

Both Motions **(# 128, 129)** are **GRANTED**, and all claims by the Plaintiffs are **DISMISSED**, with prejudice as to IPA and without prejudice as to Defendant Nance. The only claim remaining in this case is IPA's cross-claim against Defendant Nance. Accordingly, the caption of this case is **AMENDED** to read:

IPA INVESTMENT AND ADVISORY SERVICES, LLC,

>Cross-Plaintiff,

v.

JAMES ROBERT NANCE,

>Cross-Defendant.

All further pleadings in this case shall bear this caption.

Dated this 20th day of June, 2007

>**BY THE COURT:**

>*Marcia S. Krieger*
>_____

>Marcia S. Krieger
>United States District Judge