IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01898-MSK-MJW

IPA INVESTMENT AND ADVISORY SERVICES, LLC,

    Cross-Plaintiff,

v.

JAMES ROBERT NANCE,

    Cross-Defendant.

_____

**ORDER GRANTING MOTION TO DISMISS AND CLOSING CASE**
_____

**THIS MATTER** comes before the Court pursuant to the Cross-Plaintiff's Motion to Dismiss **(# 131)**. The Motion is **GRANTED**, and the claims by the Cross-Plaintiff against the Cross-Defendant are **DISMISSED** with prejudice. It appearing that there are no claims remaining by any party, the Clerk of the Court is directed to close this case.

Dated this 3d day of July, 2007

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge